IN THE UNITED STATES
BANKRUPTCYCOURT FOR THE DISTRICT
OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 11-03710 |
| | CHAPTER 13 |
| ARTURO VAZQUEZ BAILLY | |
| DEBTOR | |

**MOTION FOR CONTINUATION OF THE AUTOMATIC STAY IN CASE FILED AFTER PRIOR DISMISSAL WITHIN ONE YEAR OF FILING**

TO HONORABLE COURT:

COMES NOW DEBTOR, through the undersigned attorney and respectfully STATES, ALLEGES AND PRAYS:

1. The Debtor notifies all Creditors and Parties in interest and hereby moves this Court, pursuant to § 362(c)(3)(B), for an order continuing the automatic stay provided under § 362(a) as to all creditors. In support of this motion the Debtor states as follows.
2. The Debtor filed a petition under chapter 13 on April 30th, 2011.
3. The Debtor had previously filed a chapter 13 case on February 6th, 2010 which was dismissed on January 4th, 2011.
4. The Debtor has special circumstances and changes that will allow him to complete his new chapter 13 plan.
5. The Debtor's case was dismissed because he was unemployed and he was in arrears with his post petition mortgage payments and the Chapter 13 plan payments. Debtor is working again and is receiving a new monthly income and he will continue with the mortgage post petition payments and the chapters 13 plan payments.

6. The petition in this case has been filed in good faith. The Debtor believes that the chapter 13 plan he has submitted will be confirmed and that he will be able to fully perform under the terms of the plan.

7. The Debtor's prior chapter 13 case, dismissed on January 4th, 2011 was the only previous case by the Debtor that was pending during the preceding year.

WHEREFORE, the Debtor requests that this Honorable Court continue the automatic stay under section 362(a) as to *all* Creditors for the duration of this chapter 13 proceeding, or until such time *as* the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

RESPECFULL Y SUBMITTED.

## NOTICE

"Parties in interest are hereby granted fourteen (14) days from the date of this notice and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter. Absent good cause, untimely rejection shall be denied.

I HEREBY CERTIFY: That a copy of this motion has been served to the Chapter 13 Trustee, through CM/ECF and to all creditors and parties in interest as per master address list

RESPECTFULLY SUBMITTED.
In San Juan Puerto Rico, this 30th day of April 2011.

/S/ WILBERT LOPEZ MORENO
USDC PR 202707
Representing Arturo Vázquez Bailly

1272 Jesus T. Pinero
San Juan, P R 00921
787-7935790
E-mail: wilbert_lopez@yahoo.com

```
Label Matrix for local noticing              US Bankruptcy Court District of P.R.         AT&T WIRELESS
0104-3                                       U.S. Post Office and Courthouse Building     PO BOX 8226
Case 11-03710-13                             300 Recinto Sur Street, Room 109             AURORA, IL 60572-8226
District of Puerto Rico                      San Juan, PR 00901-1964
Old San Juan
Sat Apr 30 17:29:01 AST 2011

BUF MONTAEZ Y ALICEA                         CENTENNIAL DE PUERTO RICO                    SCOTIABANK
COND EL CENTRO I OFC 211 214 500 AVE MR      PO BOX 71333                                 P O BOX 362649
SAN JUAN, PR  00918                          SAN JUAN, PR 00936-8433                      SAN JUAN, PR 00936-2649


ARTURO VAZQUEZ BAILLY                        MONSITA LECAROZ ARRIBAS                      WILBERT LOPEZ MORENO
VILLA PALMERAS                               OFFICE OF THE US TRUSTEE (UST)               WILBERT LOPEZ MORENO & ASOCIADOS
264 CALLE CANOVANAS                          OCHOA BUILDING                               1272 AVE. JESUS T. PINERO
SAN JUAN, PR 00912-4206                      500 TANCA STREET  SUITE 301                  SAN JUAN, PR 00921-1616
                                             SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients      8
Bypassed recipients      0
Total                    8
```